UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23888-RAR

**ERIC VOLPE,** *et al.*, *each individually and
on behalf of others similarly situated*,

      Plaintiffs,

v.

**VMSB LLC**,

      Defendant.
_____/

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order Denying Plaintiffs' Motion for Summary Judgment as to Liability and Granting Defendants' Motion for Summary Judgment as to Liability, [ECF No. 149], it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant VMSB LLC and against Plaintiffs Eric Volpe, Enzo Ferrer, Vincenzo Matino, Giovanni Mennella, Paolo De Stefano, Christopher Cooper, Carlos Alberto Ojeda, Michele Pirani, Irma Dolores Corea Ferrufino, Milena Johana Hencio Giraldo, Gerardo Alzate, Michael Robert Zywica, Moe Laroussi, Abner Gudiel Hernandez, Sebastian Aparicio Savaria, Antonio Sciancalepore, Rosa Hernandez, Natalia Gimena Leguizamon, Christian Javier Aima, Leydis Mariam Torres Enriquez, Afonso Joseph Dos Santos Dourado, Mark Federighi, Omar Carlos A. Visintini, Juan Vega, Francesco Plati, Timothy Robert Birkholz, Diego Duenez, Alexander Marinho Aranha, Manuel Alejandro Veracierta, Antonios Tzanakakis, Javier Joel Sanchez, Javier Josue Sanchez, Carlos Deippa, Stephen Christopher Moore, Tracy Patrick Moore, Jr., Carlos Dieppa, and Ruben Alfonso, each individually and on behalf of others similarly situated.  Plaintiffs shall take nothing from this action

and Defendant VMSB LLC shall go hence without day.  The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida this 28th day of March, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**