UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23888-RAR

**ERIC VOLPE**, *et al.*, *each individually and on behalf of others similarly situated*,

    Plaintiffs,

v.

**VMSB LLC**,

    Defendant.
_____/

## AMENDED FINAL JUDGMENT[1]

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order Denying Plaintiffs' Motion for Summary Judgment as to Liability and Granting Defendants' Motion for Summary Judgment as to Liability, [ECF No. 149], it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant VMSB LLC and against Plaintiffs Eric Volpe, Enzo Ferrer, Vincenzo Matino, Giovanni Mennella, Paolo De Stefano, Christopher Cooper, Carlos Alberto Ojeda, Michele Pirani, Irma Dolores Corea Ferrufino, Milena Johana Hencio Giraldo, Gerardo Alzate, Michael Robert Zywica, Moe Laroussi, Abner Gudiel Hernandez, Sebastian Aparicio Savaria, Antonio Sciancalepore, Rosa Hernández,[2]

---

[1] The Court hereby amends its Final Judgment upon receipt of Plaintiffs' Motion to Enforce and Approve Settlement, [ECF No. 151], filed on April 23, 2025, which notes that thirteen Plaintiffs were inadvertently omitted from the Court's Final Judgment, filed on March 28, 2025. *Id.* at 4 n.1; *see* [ECF No. 150]. The thirteen Plaintiffs at issue are Yurisdaly Venegas Rodriguez, Juan Triana, Erfan J. Trombetti Cabrera, Juan Rincon-Duarte, Daniele D'Aostino, Jonathan Laipcigier, Elena Alano, Llan Martin Lara, Miki Syllaime Ducheine, Pedro J. Gavidia, Rafael Creston de Moraes, Dale Anthony Bruce, Jr., and Murilo Pistelli Cruz. The Court therefore revises the Final Judgment as set forth herein to correct this scrivener's error, as the Final Judgment was clearly intended to encompass *all* Plaintiffs given the Court's Order on Cross-Motions for Summary Judgment. *See generally* [ECF No. 149].

[2] Plaintiffs misspelled Rosa Hernández's name as "Rosa Hernndez" on the docket, but the Court corrected Plaintiffs' seeming error in its Final Judgment.

Natalia Gimena Leguizamon, Christian Javier Aima, Leydis Mariam Torres Enriquez, Afonso Joseph Dos Santos Dourado, Mark Federighi, Omar Carlos A. Visintini, Juan Vega, Francesco Plati, Timothy Robert Birkholz, Diego Duenez, Alexander Marinho Aranha, Manuel Alejandro Veracierta, Antonios Tzanakakis, Javier Joel Sanchez, Javier Josue Sanchez, Stephen Christopher Moore, Tracy Patrick Moore, Jr., Carlos Dieppa,[3] Yurisdaly Venegas Rodriguez, Juan Triana, Erfan J. Trombetti Cabrera, Juan Rincon-Duarte, Daniele D'Aostino, Jonathan Laipcigier, Elena Alano, Llan Martin Lara, Miki Syllaime Ducheine, Pedro J. Gavidia, Rafael Creston de Moraes, Dale Anthony Bruce, Jr.,[4] Murilo Pistelli Cruz, and Ruben Alfonso, each individually and on behalf of others similarly situated.

Plaintiffs shall take nothing from this action and Defendant VMSB LLC shall go hence without day. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida this 24th day of April, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

---

[3] The Court does not take kindly to Plaintiffs' suggestion that the Court both misspelled the name of Carlos Dieppa and referenced him twice. *See* [ECF No. 151] at 4 n.1. Plaintiffs should look at the docket. The docket clearly names Carlos Dieppa twice and misspells his name as "Carlos Deippa" once. If Plaintiffs wished to correct the misspelling of their own client's name on the docket prior to the Court's entry of Final Judgment, they could have informed the Court. They did not. Instead, Plaintiffs blame an error of their own creation on the Court. Plaintiffs are advised to research and review their representations before issuing missives without a proper foundation in federal court.

[4] Plaintiffs misspelled Dale Anthony Bruce, Jr.'s name as "Dale Anthony Bruse, Jr." in their Motion to Enforce and Approve Settlement, *compare* [ECF No. 151] *with* [ECF No. 135] at 2, but the Court has corrected Plaintiffs' error.